IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-MJ-00058-KJN |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE STATUS |
| | ) | HEARING |
| v. | ) | |
| | ) | DATE:  April 27, 2016 |
| KENJI LANELL BROWN, | ) | TIME:  9:00 a.m. |
| | ) | JUDGE: Hon. Kendall J. Newman |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

ORDER

It is hereby ordered that the status hearing presently set for April 27, 2016, at 9:00 a.m., be continued to May 11, 2016, at 9:00 a.m.

Dated:  April 5, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE